UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAWAN HASSAN FADUL MOHAMED,<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR and FACILITY ADMINISTRATOR,<br><br>Respondents. | CASE NO. 2:26-cv-00181-TL<br><br>ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

This matter is before the Court on Petitioner's application to proceed *In Forma Pauperis*. Dkt. No. 1. The Court GRANTS the motion (Dkt. No. 1) under 28 U.S.C § 1915(a)(1).

Dated this 16th day of January, 2026.

Tana Lin
United States District Judge

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS - 1